PROB 12C
(6/16)

Report Date: March 16, 2020

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 16, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Freddy Anthony Gonzalez | Case Number: 0980 1:17CR02034-LRS-1 |
| Address of Offender: | Spokane, Washington 99202 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 30, 2018

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| | Date Supervision Commenced: August 23, 2019 |
| Defense Attorney: | Federal Defender's Office |
| | Date Supervision Expires: August 22, 2022 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #17:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On February 19, 2020, Freddy Gonzalez failed to report for phase urinalysis testing at Pioneer Human Services (PHS) when his assigned color was identified for testing.<br><br>On August 23, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Gonzalez, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.<br><br>On February 20, 2020, this officer received notification that the offender had failed to report for phase urinalysis testing at PHS on February 19, 2020. In response, this officer contacted Mr. Gonzalez who stated he had "totally forgot to call" the phase urinalysis hotline the day before. |

Prob12C
Re: Gonzalez, Freddy Anthony
March 16, 2020
Page 2

| | | |
|---|---|---|
| 2 | **Special Condition #17:** | You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On February 20, 2020, Freddy Gonzalez admitted to the use of marijuana and methamphetamine on or about February 18, 2020.

On August 23, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Gonzalez, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On February 20, 2020, the offender reported to the U.S. Probation Office to meet with this officer as instructed. He was subject to random urinalysis testing and provided a urine sample that tested presumptive positive for THC and methamphetamine. He subsequently admitted to the use of marijuana and methamphetamine on or about February 18, 2020, and signed an admission of use form confirming that admission.

| | | |
|---|---|---|
| 3 | **Special Condition #17:** | You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On March 3, 2020, Freddy Gonzalez admitted to the use of marijuana on or about February 21, 2020.

On August 23, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Gonzalez, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On February 27, 2020, PHS sent the undersigned officer notification that the offender had reported for group substance abuse treatment that evening and "presented as if he was under the influence." According to the information received, "his eyes were red and he had difficulties staying on topic."

On March 2, 2020, this officer attempted to contact the offender regarding the information received from PHS, but was unsuccessful. Later that afternoon, Mr. Gonzalez contacted the undersigned and was subsequently instructed to report to the U.S. Probation Office at 8 a.m. on March 3, 2020. At that time, the offender was instructed to be prepared to submit to urinalysis testing.

On March 3, 2020, the offender reported to the U.S. Probation Office to meet with this officer as instructed. He was subject to random urinalysis testing, but he insisted he had to defecate and would not be able to urinate without doing so. Mr. Gonzalez subsequently waived urinalysis testing and admitted to using marijuana on or about February 21, 2020. He signed an admission of use form confirming that admission.

Prob12C
**Re: Gonzalez, Freddy Anthony**
**March 16, 2020**
Page 3

| | | |
|---|---|---|
| 4 | **Special Condition #17:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. | |

**Supporting Evidence**: On March 5, 2020, Freddy Gonzalez admitted to the use of marijuana and methamphetamine on or about March 2, 2020.

On August 23, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Gonzalez, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On March 5, 2020, Mr. Gonzalez reported to the U.S. Probation Office to meet with the undersigned officer. He was subject to random urinalysis testing and subsequently provided a urine sample that tested presumptive positive for marijuana and methamphetamine. Eventually, the offender admitted to the use of both marijuana and methamphetamine on or about March 2, 2020. He signed an admission of use form confirming that admission.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/16/2020

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

03/16/2020

Date