PROB 12C
(6/16)

Report Date: April 13, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 13, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Freddy Anthony Gonzalez        Case Number: 0980 1:17CR02034-LRS-1

Address of Offender:                              Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 30, 2018

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:   Prison - 30 months            Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Thomas J. Hanlon              Date Supervision Commenced: August 23, 2019

Defense Attorney:    Federal Defender's Office     Date Supervision Expires: August 22, 2022

## PETITIONING THE COURT

To **issue a warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 03/16/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #16**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: On March 19, 2020, Freddy Gonzalez was unsuccessfully discharged from treatment at Pioneer Human Services (PHS).

On August 23, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Gonzalez as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On April 9, 2020, this officer received notification from PHS that the offender had been unsuccessfully discharged effective March 19, 2020. According to the information received, Mr. Gonzalez was deemed to be not amenable to treatment based on his failure to report for his scheduled group and individual treatment sessions.

Prob12C
**Re: Gonzalez, Freddy Anthony**
**April 13, 2020**
Page 2

| | |
|---|---|
| 6 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: On April 10, 2020, Freddy Gonzalez failed to report as instructed by the undersigned officer.

On August 23, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Gonzalez, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On April 9, 2020, this officer attempted to contact the offender to discuss information received from PHS advising he had been unsuccessfully discharged from treatment. The undersigned attempted to contact Mr. Gonzalez by telephone on that same date, but got no answer. A voice message was left with this officer's contact information, directing Mr. Gonzalez to contact the undersigned.

On April 10, 2020, the undersigned officer again attempted to contact Mr. Gonzalez via phone call, but was unsuccessful. A text message was then sent to the offender with instructions to contact this officer by 1 p.m. that date. Mr. Gonzalez failed to respond.

On April 13, 2020, the undersigned did make a final attempt to contact the offender via telephone. The undersigned was unsuccessful in contacting Mr. Gonzalez. The offender has made no attempt to contact this officer, and as of the writing of this report, his whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court to **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/13/2020

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

Prob12C
**Re: Gonzalez, Freddy Anthony**
**April 13, 2020**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [✓] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [✓] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

04/13/2020
Date