PROB 12C
(6/16)

Report Date: May 1, 2020

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 04, 2020**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Freddy Anthony Gonzalez        Case Number: 0980 1:17CR02034-LRS-1

Address of Offender:                                                    Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 30, 2018

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:      Prison - 30 months              Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Thomas J. Hanlon                Date Supervision Commenced: August 23, 2019

Defense Attorney:       Federal Defenders Office        Date Supervision Expires: August 22, 2022

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/16/2020 and 04/13/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #16**: You must undergo a substance abuse evaluation, and if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.  You must contribute to the cost of treatment according to your ability to pay.  You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: On April 27, 2020, Freddy Gonzalez failed to attend his reassessment with Pioneer Human Services (PHS) as scheduled. |
| | On August 23, 2019, an officer with the U.S. Probation Office (USPO) in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Gonzalez as outlined in the judgment and sentence.  He signed the judgment acknowledging the requirements. |
| | On April 23, 2020, the offender notified this officer that he had contacted Pioneer Human Services (PHS) and scheduled his reassessment (which would be conducted telephonically) for April 27, 2020, at 9am. |

On April 27, 2020, the undersigned officer received notification from PHS that Mr. Gonzalez failed to make himself available for the scheduled assessment. According to the treatment provider, she contacted the offender at 9am on April 27, 2020. She advised that Mr. Gonzalez stated that he was driving, so she asked that he pull over to avoid driving while distracted; he stated that he would call her in 20 minutes. Mr. Gonzalez did not call PHS until 9:39am, almost 40 minutes after his scheduled assessment, at which time the treatment provider was no longer available.

8     **Special Condition #16**: You must undergo a substance abuse evaluation, and if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On April 27, 2020, Freddy Gonzalez failed to attend his substance abuse treatment group session as required.

On August 23, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Gonzalez as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On April 28, 2020, the undersigned officer received notification from PHS that the offender failed to report for his first group session on April 27, 2020. The provider stated that after missing his assessment initially scheduled for the morning of April 27, 2020, Mr. Gonzalez was rescheduled for later that same afternoon.

Following the assessment, Mr. Gonzalez was informed that he would need to participate in a group session that same evening and he was sent an email with instructions about how to access the session. Mr. Gonzalez failed to participate as directed.

9     **Special Condition #17**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On April 27, 2020, Freddy Gonzalez failed to report for random urinalysis testing, which is a required element of the substance abuse assessment that was conducted by PHS.

On August 23, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Gonzalez as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On April 28, 2020, the undersigned officer received notification from PHS that the offender failed to report for an assessment urinalysis test on April 27, 2020.

In an attempt to accommodate the offender, PHS offered to collect a urine sample from Mr. Gonzalez on April 28, 2020. This officer attempted to contact him to relay that information, but was unsuccessful, therefore, the offender's attorney was also contacted.

Prob12C
**Re: Gonzalez, Freddy Anthony**
**May 1, 2020**
**Page 3**

On April 29, 2020, this officer received notification that Freddy Gonzalez had again failed to report for urinalysis testing.

10     **Special Condition #17**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On April 27, 2020, during a substance abuse assessment with Pioneer Human Services (PHS), Freddy Gonzalez admitted to the use of methamphetamine. The offender was unsure of the exact date but advised he last used some time at the beginning of April 2020.

On August 23, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Gonzalez as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On April 28, 2020, PHS informed this officer that the offender had admitted to the use of both marijuana and methamphetamine during his assessment. He advised the treatment provider that he was unsure of the exact date of his last use but believed it was some time at the beginning of April 2020.

11     **Special Condition #17**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On April 28, 2020, Freddy Gonzalez admitted to the use of marijuana on or about April 20, 2020.

On August 23, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Gonzalez as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On April 28, 2020, this officer contacted the offender to discuss his failure to report for urinalysis testing at PHS on April 27, 2020. Mr. Gonzalez claimed that he had not been instructed to report for urinalysis testing. When the undersigned officer pointed out that during his first assessment at PHS he submitted to urinalysis testing, Mr. Gonzalez informed this officer that he had spoken with some other individuals engaged in treatment at PHS who assured him that he would not be tested because it was a reassessment. This officer recommended that he get the answers to his treatment-related questions from either PHS or the USPO.

During that conversation, the undersigned advised Mr. Gonzalez that given his previous attempts to conceal the true nature of his drug use, the offender insisted that he had only smoked marijuana, on or about April 20, 2020. The offender stated that he believed he would be incarcerated as a result of his upcoming initial appearance before Magistrate Judge Rodgers, so he smoked marijuana prior to attending the hearing telephonically.

12 **Special Condition #17**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On April 29, 2020, Freddy Gonzalez failed to report for phase urinalysis testing at PHS when his assigned color was identified for testing.

On August 23, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Gonzalez as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On April 21, 2020, the undersigned officer re-enrolled Mr. Gonzalez in phase urinalysis testing at PHS, as the probation office is currently closed as a result of the COVID-19 pandemic. He was instructed to call the hotline on a daily basis and report for testing when "Gold 1" was identified.

On April 23, 2020, Mr. Gonzalez called to provide this officer with the date and time of the reassessment he had scheduled with PHS; at that time, he confirmed that he had called into the hotline but a color other than his was testing that day.

On April 30, 2020, this officer received notification that the offender failed to report for phase urinalysis testing on April 29, 2020, when "Gold 1" was identified for testing.

13 **Special Condition #16**: You must undergo a substance abuse evaluation, and if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On April 30, 2020, Freddy Gonzalez failed to attend his substance abuse treatment group session, as required.

On August 23, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Gonzalez as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On April 27, 2020, Mr. Gonzalez was reassessed by PHS and subsequently enrolled in intensive outpatient (IOP) substance abuse treatment.

On May 1, 2020, the undersigned officer received notification from PHS that the offender again failed to report for his group session, on April 30, 2020, as required.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

Prob12C
**Re: Gonzalez, Freddy Anthony**
**May 1, 2020**
**Page 5**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/01/2020

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

05/04/2020
Date