PROB 12C
(6/16)

Report Date: March 10, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Freddy Anthony Gonzalez | Case Number: 0980 1:17CR02034-LRS-1 |
| Address of Offender: | Washington 98908 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 30, 2018

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: August 23, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: August 22, 2022 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 03/16/2020, 04/13/2020 and 05/01/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 14 | **Special Condition #17**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Gonzalez is alleged being in violation of his supervised release conditions by failing to report for random urinalysis (UA) testing as directed on March 3 and 8, 2021. |
| | On August 23, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Gonzalez as outlined in the judgment and sentence.  He signed the judgment acknowledging the requirements. |
| | On February 17, 2021, this officer directed Mr. Gonzalez to start calling the color line at Merit Resource Services (Merit) in Yakima, Washington. Mr. Gonzalez was provided with the call-in information and the process for calling the color line was explained to him.  Mr. Gonzalez  understood the process and made a commitment to call the color line as directed. |

Prob12C
**Re: Gonzalez, Freddy Anthony**
**March 10, 2021**
Page 2

On March 4, 2021, this officer received a letter from Merit stating Mr. Gonzalez failed to show up for his UA on March 3, 2021.

On March 9, 2021, this officer received a letter from Merit stating Mr. Gonzalez failed to show up for his UA on March 8, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 10, 2021

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

3/10/2021
Date