PROB 12C
(6/16)

Report Date: August 5, 2021

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

for the

**Aug 06, 2021**

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Freddy Anthony Gonzalez         Case Number: 0980 1:17CR02034-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 30, 2018

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: August 23, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: August 22, 2022 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 03/16/2020, 04/13/2020, 05/01/2020 and 03/10/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 15 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Gonzalez is alleged to be in violation of his supervised release conditions by driving while license invalidated in violation of Revised Code of Washington (RCW) 46.20.342.1C, on August 2, 2021.<br><br>On August 23, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Gonzalez as outlined in the judgment and sentence.  He signed the judgment acknowledging the requirements.<br><br>According to the Yakima Police Department (YPD) report for incident 21Y027864, the following occurred: On August 2, 2021, at approximately 10:24 p.m. YPD observed Mr. Gonzalez driving almost 20 miles per hour over the posted speed limit. YPD contacted Mr. Gonzalez in the vehicle after he pulled over.  Mr. Gonzalez informed YPD he did not have any identification, and he did not have registration or insurance for the vehicle he was driving.  He also informed YPD he had warrants for his arrest. |

Prob12C
**Re: Gonzalez, Freddy Anthony**
**August 5, 2021**
Page 2

> YPD conducted a driving status check on Mr. Gonzalez through the Washington State Department of Licensing, and records returned showing Mr. Gonzalez' driving status was suspended in the third degree.
>
> On August 4, 2021, Mr. Gonzalez plead guilty to driving while license invalidated in Yakima Municipal Court, case number 1A0477798. He was sentenced to 90 days with 89 days suspended.

16      **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Mr. Gonzalez is alleged to be in violation of his supervised release conditions by being in possession of a controlled substance, methamphetamine, on August 2, 2021.

On August 23, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Gonzalez as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

According to the YPD report for incident 21Y027864, the following occurred: On August 2, 2021, at approximately 10:24 p.m., the offender was arrested by YPD on his federal arrest warrant. YPD began a search incident to his arrest and during the search Mr. Gonzalez stated he had something in his sock. YPD looked at his right sock and observed a small bulge in it. YPD pulled out a tied bag of white crystalline substance and placed it into an evidence bag. Based on the officer's training and experience, the substance appeared to be methamphetamine.

YPD used a field test kit to test the suspected methamphetamine. The field test kit returned presumptive positive for the presence of amphetamines. The suspected methamphetamine and packaging weighed 6.8 grams.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court. Mr. Gonzalez is currently incarcerated at Yakima County Jail on a U.S. Marshal's hold.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 5, 2021

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
**Re: Gonzalez, Freddy Anthony**
**August 5, 2021**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[✓]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

August 6, 2021
Date